UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| WILLIAM STEVE ISHMELL and | : | VIOLATIONS: |
| DONNA JEAN ISHMELL, | : | |
| | : | 18 U.S.C. § 371 (Conspiracy); |
| Defendants. | : | 18 U.S.C. § 1028 (Unlawful Production of |
| | : | a Document or Authentication Feature); |
| | : | 18 U.S.C. § 1028A (Aggravated Identity |
| | : | Theft); |
| | : | 18 U.S.C. § 1343 (Wire Fraud); |
| | : | 18 U.S.C. § 1347 (Health Care Fraud); |
| | : | 18 U.S.C. § 2 (Aiding and Abetting and |
| | : | Causing an Act to be Done) |

**INDICTMENT**

The Grand Jury charges that:

At all times material to this Indictment:

**Introduction**

1.      Defendant **WILLIAM STEVE ISHMELL** was a resident of the District of

Columbia who was born on or about xx/xx/1956 and has been issued social security number xxx-

xx-1906

2.      Defendant **DONNA JEAN ISHMELL** was a resident of the District of Columbia

who was born on or about xx/xx/1961 and has been issued social security number xxx-xx-6499.

3.      Derrick Andrew Ishmell, who has been issued social security xxx-xx-9822, was a

relative of defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**.

4.    Anthony Ishmell, Jr., who was born on or about xx/xx/1960 and was issued social security number xxx-xx-7315, was a relative of defendant, **WILLIAM STEVE ISHMELL**.

5.    Dana Greene, who was born on or about xx/xx/1977 and was issued the social security number xxx-xx-1118, was a relative of defendant, **DONNA JEAN ISHMELL**.

6.    The Progressive Casualty Insurance Company (hereafter referred to as "Progressive") was a public and private plan and contract, affecting commerce, under which medical benefits, items, and services were provided to individuals.

7.    The United Services Automobile Association (hereafter referred to as "USAA") was a public and private plan and contract, affecting commerce, under which medical benefits, items, and services were provided to individuals.

<u>COUNT ONE</u>

**(Conspiracy to Commit Unlawful Production of a Document or
Authentication Feature, Aggravated Identity Theft, Wire Fraud,
Health Care Fraud, and Aiding and Abetting and Causing an Act to be Done)**

8.    The allegations set forth in paragraphs 1 through 7 of this Indictment are realleged and incorporated by reference herein.

9.    From in or about August, 2003, and continuing until in or about May, 2007, within the District of Columbia and elsewhere, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, willfully and knowingly did combine, conspire, confederate and agree together with each other to commit offenses against the United States, that is:

-    knowingly and without lawful authority to produce an identification

document, authentication feature, or a false identification document, to wit, a

driver's license, the production of such identification document, authentication

2

feature, or false identification document was in and affected interstate or foreign commerce, in violation of Title 18, United States Code, Section 1028;

-       knowingly and willingly to transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to offenses under Title 18, United States Code, Chapter 63, that is, wire fraud, in violation of Title 18, United States Code, Section 1343, and health care fraud, in violation Title 18, United States Code, Section 1347, all in violation of Title 18, United States Code, Section 1028A;

-       knowingly and willingly to devise and participate in a scheme and artifice to defraud and obtain money or property by means of false or fraudulent pretenses, representations or promises, and to transmit or cause to be transmitted by wire in interstate commerce some communication for the purpose of executing the scheme or artifice to defraud, in violation of Title 18, United States Code, Section 1343; and

-       knowingly and willfully to execute, and attempt to execute, a scheme and artifice to defraud and obtain by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by, or under the custody or control of, any health care benefit program, in connection with the delivery of or payment for health care benefits, items, or services, in violation of Title 18, United States Code, Section 1347.

## Goal of the Conspiracy

10.    It was a goal of the conspiracy that defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, would fraudulently use the means of identification of other individuals to obtain money by fraud.

## Manner and Means

11.    Defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, used the following manner and means, among others, in seeking to achieve the goal of the conspiracy:

12.    It was a part of the conspiracy that defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, would fraudulently use the means of identification of other individuals, including false names, dates of birth, and social security numbers, to obtain government issued forms of identification, including drivers licenses, in the District of Columbia and Virginia.

13.    It was a part of the conspiracy that defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, used false means of identification and fraudulent forms of identification to apply for and purchase automobile insurance policies, to purchase, title, and register vehicles, and to rent vehicles in the District of Columbia, and elsewhere.

14.    It was a part of the conspiracy that insurance claims would be filed using the false means of identification of other individuals provided by defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, including false claims for lost wages due to bodily injuries.

4

## Overt Acts

15.    In furtherance of the scheme and artifice to defraud and to effect the object thereof,

defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, committed the

following overt acts, among others, in the District of Columbia and elsewhere:

16.    On or about August 4, 2003, in the District of Columbia, defendant, **WILLIAM**

**STEVE ISHMELL**, using the name Anthony Ishmell, Jr., the date of birth xx/xx/1960, and the

fictitious social security number xxx-xx-2574, fraudulently obtained a District of Columbia

driver's license bearing number xxx-xx-2574.

17.    On or about December 30, 2004, in Tyson's Corner, Virginia, defendant,

**WILLIAM STEVE ISHMELL**, using the name Derrick Andrew Ishmell, the date of birth

xx/xx/1967, and the social security number xxx-xx-9822, fraudulently renewed a Virginia driver's

license bearing number A62484782, which had earlier been issued to him in that same false name

and means of identification.

18.    On or about December 30, 2004, in Tyson's Corner, Virginia, defendant, **DONNA**

**JEAN ISHMELL**, using the name Dana Greene, the date of birth xx/xx/1977, and the social

security number xxx-xx-1118, fraudulently renewed a Virginia driver's license bearing number

A69680597, which had earlier been issued to her in that same false name and means of

identification.

19.    On or about March 14, 2005, in Arlington, Virginia, defendant, **DONNA JEAN**

**ISHMELL**, using the name Dana Greene and the date of birth xx/xx/1977, presented Virginia

driver's license number A69680597, bearing the name, date of birth, and social security number

of Dana Greene, to Enterprise Rent-A-Car in order to rent a 2005 Buick LaSabre.  Defendant

**DONNA JEAN ISHMELL** designated Derrick Ishmell as an authorized driver for the vehicle.

20.     On or about March 20, 2005, defendant, **WILLIAM STEVE ISHMELL**,

presented himself as Derrick Ishmell to others at the scene of a motor vehicle collision in the

District of Columbia that was reported to Progressive.  The collision involved the defendant, who

was operating the 2005 Buick LeSabre rented from Enterprise Rent-A-Car on or about March 14,

2005, and a motorist insured by Progressive.

21.     On or about March 21, 2005, defendant, **DONNA JEAN ISHMELL**, falsely using

the name Dana Greene, reported to Enterprise Rent-A-Car that she had been involved in a motor

vehicle collision in the District of Columbia on March 20, 2005.

22.     From in or about March, 2005, through in or about June, 2005, a claim was made

to Progressive for defendant, **WILLIAM STEVE ISHMELL**, in the name Derrick Ishmell for

alleged injuries, damages, and lost wages associated with the motor vehicle collision in the

District of Columbia on or about March 20, 2005.

23.     From in or about March, 2005, through in or about May, 2005, defendants,

**WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, prepared a letter that was

submitted to Progressive bearing letterhead in the name of Eureka Van & Storage Co., Inc., falsely

stating that Derrick Ishmell was employed by the company in March and April, 2005, working an

average of 40 hours per week and 10 hours of overtime per week, and earning $17.50 per hour.

The letter, bearing the purported signature of Dana Greene as a representative of Eureka Van &

Storage Co., Inc., falsely stated that Derrick Ishmell had incurred $3,850 in lost wages due to the

accident of March 20, 2005.  Neither the defendants, Derrick Ishmell, nor Dana Greene were

6

employed by Eureka Van & Storage Co., Inc. in or about March, 2005, through in or about May, 2005.

24.     In or about June, 2005, the name Derrick Ishmell was signed on a Progressive Release of Claims form, in acceptance of $6,000 in settlement of defendant **WILLIAM STEVE ISHMELL's** claim for damages arising from the motor vehicle collision of March 20, 2005.

25.     On or about July 8, 2005, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, presented themselves as Derrick Ishmell and Dana Greene to others at the scene of a motor vehicle collision in the District of Columbia that was reported to USAA. The collision involved defendants, who were operating a vehicle rented from Enterprise Rent-A-Car using the names Derrick Ishmell and Dana Greene, and a motorist insured by USAA.

26.     On or about July 8, 2005, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, provided false means of identification to a member of the Metropolitan Police Department who responded to the scene of a motor vehicle collision in the District of Columbia.

27.     From in or about July, 2005, through in or about September, 2005, claims were made to USAA for defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, in the names Derrick Ishmell, Sr. and Dana Greene for alleged injuries, damages, and lost wages associated with the motor vehicle collision in the District of Columbia on or about July 8, 2005.

28.     From in or about July, 2005, through in or about September, 2005, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, prepared a letter that was submitted to USAA bearing letterhead in the name of Eureka Van & Storage Co., Inc., falsely

stating that Derrick Ishmell, Sr. was employed by the company in July, 2005, working an average of 40 hours per week and 20 hours of overtime per week, and earning $10.50 per hour. The letter, bearing the purported signature of a representative of Eureka Van & Storage Co., Inc., falsely stated that Derrick Ishmell, Sr. had incurred $735 in lost wages due to the accident of July 8, 2005. Neither defendant, **WILLIAM STEVE ISHMELL**, nor Derrick Ishmell were employed by Eureka Van & Storage Co., Inc. in or about July, 2005.

29.     From in or about July, 2005, through in or about September, 2005, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, prepared a letter that was submitted to USAA bearing letterhead in the name of Allied Security, falsely stating that Dana Greene was employed by the company in July, 2005, working an average of 40 hours per week and 10 hours of overtime per week, and earning $10.00 per hour. The letter, bearing the purported signature of a representative of Allied Security, falsely stated that Dana Greene had incurred $650 in lost wages due to the accident of July 8, 2005. Neither defendant, **DONNA JEAN ISHMELL**, nor Dana Greene were employed by Allied Security in or about July, 2005.

30.     In or about October, 2005, the name Derrick Ishmell, Sr. was signed on a USAA Release of Claims form, in acceptance of $3,700 in settlement of defendant **WILLIAM STEVE ISHMELL's** claim for damages arising from the motor vehicle collision of July 8, 2005.

31.     In or about November, 2005, the name Dana Greene was signed on a USAA Release of Claims form, in acceptance of $6,000 in settlement of defendant **DONNA JEAN ISHMELL's** claim for damages arising from the motor vehicle collision of July 8, 2005.

32.     On or about January 19, 2007, in the District of Columbia, defendant, **WILLIAM STEVE ISHMELL**, used the name Anthony Ishmell, Jr., the date of birth xx/xx/1960, and the

8

fictitious social security number xxx-xx-2574 to renew a District of Columbia driver's license that had earlier been issued to him in that same false same and means of identification, which was reissued bearing driver's license number 2049802.

33.    On or about May 20, 2007, defendant, **WILLIAM STEVE ISHMELL**, using the name and date of birth of Anthony Ishmell, along with a fictitious social security number, purchased an automobile insurance policy from the Government Employees Insurance Company (hereafter referred to as "GEICO"), listing himself and his spouse, Donna Ishmell, as insured drivers.

**(Conspiracy, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 371 and 2)**

## COUNTS TWO AND THREE

**(Unlawful Production of a Document or Authentication Feature)**

34.    The allegations set forth in paragraphs 1 through 7 and paragraphs 12 through 33 in Count One of this Indictment are realleged and incorporated by reference herein.

35.    From in or about August, 2003, through in or about January, 2007, within the District of Columbia, defendant, **WILLIAM STEVE ISHMELL**, knowingly and without lawful authority produced an identification document, authentication feature, or a false identification document, to wit, a driver's license, as described below for each count, the production of such identification document, authentication feature, or false identification document was in and affected interstate or foreign commerce.

| Count | Date (on or about) | Description | Location |
|-------|--------------------|-------------|----------|
| 2 | August 4, 2003 | Driver's License | Washington, D.C. |

9

| 3 | January 19, 2007 | Driver's License (renewal) | Washington, D.C. |

**(Unlawful Production of a Document or Authentication Feature and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1028 and 2)**

## COUNT FOUR

### (Aggravated Identity Theft)

36.    The allegations set forth in paragraphs 1 through 7 and paragraphs 12 through 33 in Count One of this Indictment are realleged and incorporated by reference herein.

37.    From in or about March, 2005, through in or about October, 2005, within the District of Columbia, defendant, **WILLIAM STEVE ISHMELL**, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit:  the name and social security number of Derrick Ishmell, during and in relation to violations of Title 18, United States Code, Sections 1343 (wire fraud) and 1347 (health care fraud).

38.    Defendant, **WILLIAM STEVE ISHMELL**, used the name and social security number of Derrick Ishmell in seeking money damages from Progressive and USAA in connection with motor vehicle collisions that occurred in the District of Columbia, which included demands for lost wages that falsely claimed that Derrick Ishmell had been employed by Eureka Van & Storage Co., Inc. and had been unable to work for periods of time because of these motor vehicle collisions.  In fact, neither defendant **WILLIAM STEVE ISHMELL** nor Derrick Ishmell was employed by Eureka Van & Storage Co., Inc. during the periods claimed to Progressive and USAA.  Progressive and USAA paid money in settlement of these claims based on the damages

alleged using the identifying information of Derrick Ishmell provided by defendant, **WILLIAM STEVE ISHMELL**.

**(Aggravated Identity Theft and Aiding and Abetting and Causing an
Act to be Done, in violation of Title 18, United States Code, Sections 1028A and 2)**

## COUNT FIVE

### (Aggravated Identity Theft)

39.    The allegations set forth in paragraphs 1 through 7 and in paragraphs 12 through 33 in Count One of this Indictment are realleged and incorporated by reference herein.

40.    From in or about March, 2005, through in or about November, 2005, within the District of Columbia, defendant, **DONNA JEAN ISHMELL**, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, to wit:  the name, date of birth, and social security number of Dana Greene, during and in relation to violations of Title 18, United States Code, Sections 1343 (wire fraud) and 1347 (health care fraud).

41.    Defendant, **DONNA JEAN ISHMELL**, used the name, date of birth, and social security number of Dana Greene in seeking money damages from Progressive and USAA in connection with motor vehicle collisions that occurred in the District of Columbia, which included a demand for lost wages that falsely claimed that Dana Greene had been employed by Allied Security and had been unable to work for a period of time because of injuries allegedly sustained in a motor vehicle collision.  In fact, neither defendant **DONNA JEAN ISHMELL** nor Dana Greene was employed by Allied Security during the periods claimed to USAA.  Progressive

11

and USAA paid money in settlement of these claims based on the damages alleged using the

identifying information of Dana Greene provided by defendant, **DONNA JEAN ISHMELL**.

**(Aggravated Identity Theft and Aiding and Abetting and Causing an
Act to be Done, in violation of Title 18, United States Code, Sections 1028A and 2)**

## COUNTS SIX THROUGH ELEVEN

### (Wire Fraud)

42.    The allegations set forth in paragraphs 1 through 7 and in paragraphs 12 through 33

in Count One of this Indictment are realleged and incorporated by reference herein.

43.    From in or about March, 2005, and continuing until in or about June, 2005, within

the District of Columbia and elsewhere, defendants, **WILLIAM STEVE ISHMELL and**

**DONNA JEAN ISHMELL**, willfully and knowingly devised, and intended to devise, a scheme

and artifice to defraud Progressive of money.

### Purpose of the Scheme and Artifice

44.    It was the purpose of the scheme and artifice that defendants, **WILLIAM STEVE**

**ISHMELL and DONNA JEAN ISHMELL**, would obtain fraudulently money from Progressive

which they would use for their own benefit.

### The Scheme

45.    It was a part of the scheme and artifice that defendants, **WILLIAM STEVE**

**ISHMELL and DONNA JEAN ISHMELL**, would obtain and possess means of identification

of other individuals, namely, Derrick Ishmell and Dana Greene.

46.    It was a part of the scheme and artifice that defendants would represent themselves

to others as Derrick Ishmell and Dana Greene.

12

47.    It was a part of the scheme and artifice that claims would be submitted to Progressive seeking compensation for alleged money damages, including for lost wages.

48.    It was a part of the scheme and artifice to provide Progressive with false information and documentation to support the defendants' claims for money.

49.    It was a part of the scheme and artifice to obtain money from Progressive that the defendants would use for their own benefit.

50.    From on or about March 20, 2005, and continuing until on or about April 5, 2005, within the District of Columbia and elsewhere, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, for the purpose of executing, and attempting to execute, the above scheme and artifice to defraud, knowingly did cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds, that is, telephone calls, as described below for each count:

| Count | Date (on or about) | Wire Transmission | From | To |
|-------|--------------------|--------------------|------|-----|
| 6 | March 20, 2005 | Telephone calls between insured motorist and Progressive | Washington, D.C. | Florida, Arizona, or Ohio; and Maryland |
| 7 | March 25, 2005 | Telephone call between insured motorist and Progressive | Washington, D.C. | Virginia |
| 8 | March 28, 2005 | Telephone call between Progressive and Metropolitan Police Department | Virginia | Washington, D.C. |

| 9 | March 29, 2005 | Telephone call between Progressive and Metropolitan Police Department | Virginia | Washington, D.C. |
| 10 | March 31, 2005 | Telephone call between Progressive and Metropolitan Police Department | Virginia | Washington, D.C. |
| 11 | April 5, 2005 | Telephone call between Progressive and Metropolitan Police Department | Virginia | Washington, D.C. |

**(Wire Fraud, and Aiding and Abetting and Causing an Act to be Done, in Violation of Title 18, United States Code, Sections 1343 and 2)**

## COUNT TWELVE

**(Health Care Fraud)**

51.    The allegations set forth in paragraphs 1 though 7 and in paragraphs 12 through 33 in Count One of this Indictment are realleged and incorporated by reference herein.

52.    From in or about March, 2005, and continuing until in or about November, 2005, in the District of Columbia, and elsewhere, defendants, **WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL**, knowingly and willfully did execute, and attempt to execute, a scheme and artifice to defraud a health care benefit program, namely, Progressive and USAA, by means of false and fraudulent pretenses, representations, and promises, namely, false lost wages documents, money owned by and under the custody and control of a healthcare program, namely,

14

Progressive and USAA, in connection with the delivery of, and payment for, health care benefits,

items and services.

**(Health Care Fraud, and Aiding and Abetting and Causing an Act
to be Done, in Violation of Title 18, United States Code, Sections 1347 and 2)**

A TRUE BILL:


FOREPERSON


*Jeffrey A. Taylor/SVU*
ATTORNEY OF THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

15