# WARRANT FOR ARREST

*4/02*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

08-053

| | DOCKET NO. | MAGIS. NO. |
|---|---|---|
| UNITED STATES OF AMERICA | None | None |
| v. | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** | |
| WILLIAM STEVE ISHMELL and DONNA JEAN ISHMELL | Donna Jean Ishmell | |

| WARRANT ISSUED ON THE BASIS OF: | Indictment Return | DISTRICT OF ARREST | Columbia |
|---|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Washington, DC |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy; Unlawful Production of a Document or Authentication Feature; Aggravated Identity Theft; Wire Fraud; Health Care Fraud; and Aiding and Abetting and Causing an Act to be Done.

**FILED**

MAR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371; 18 U.S.C. § 1028; 18 U.S.C. § 1028A; 18 U.S.C. § 1343; 18 U.S.C. 1347; and 18 U.S.C. § 2

| BAIL FIXED BY COURT. | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED 03/11/08 |
|---|---|---|
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: 3/11/08 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 3/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 3/14/08 | Kevin M. Kraemer DUSM | |
| HIDTA CASE. | Yes   No | | OCDETF CASE:   Yes   No |