UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 08-0053-02 (HHK) |
| | : |
| DONNA JEAN ISHMELL | : |

**MOTION FOR EXTENSION OF TIME
TO FILE PRE-TRIAL MOTIONS**

The defendant, DONNA ISHMELL, through undersigned counsel, hereby requests this Honorable Court to extend the due date for filing pretrial motions until May 30, 2008. As grounds for this request, counsel states the following:

On April 29, 2008 Assistant United States Attorney Jonathan Haray informed counsel that the government was preparing formal plea offers that would soon be transmitted to the defendant and her codefendant. In the event that the defendants accept these plea offers, there would be no necessity to prepare and file any pretrial motions.

Mr. Haray also stated that the government would not oppose this request to extend the due date for filing pretrial motions.

Respectfully submitted,

/s/ John A. Briley, Jr.
John A. Briley, Jr.
DC Bar No. 65763
6205 30th Street, NW
Washington, DC 20015
(202) 364-7012

## CERTIFICATE OF SERVICE

I hereby certify that a photocopy of the foregoing Motion For Modification Of Order For Pre-Trial Detention has been delivered or mailed to the following on this 30th day of April 2008:

>Jonathan Haray, Esq.
>Assistant United States Attorney
>555 4th Street, NW
>Washington, DC 20530
>
>Theresa G. Kleiman, Esq.
>503 D Street, NW
>Suite 340
>Washington, DC 20001

John A. Briley, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Crim. No. 08-0053-02 (HHK) |
| : | |
| DONNA JEAN ISHMELL : | |

## **ORDER**

Upon consideration of the written request of appointed counsel for the defendant to extend the due date for filing pretrial motions, and the lack of opposition by the United States, it is hereby this _____ day of _____, 2008

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the defendant may file any pretrial motions no later than May 30, 2008.

_____
Henry H. Kennedy
United States District Judge

Copies to:

Jonathan Haray, Esq.
Assistant United States Attorney

John A. Briley, Jr.
6205 30th Street, N.W.
Washington, DC 20015

Theresa G. Kleiman, Esq.
503 D Street, NW
Suite 340
Washington, DC 20001