**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-053 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM STEVE ISHMELL and** | : | |
| **DONNA JEAN ISHMELL,** | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO ADMIT**
**SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULES 902(1) AND 902(2)**

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, submits this motion to admit self-authenticating public documents pursuant to Fed. R.

Evid. 902(1) and 902(2).

**A.  Discussion**

The Federal Rules of Evidence allow for public records to be admitted in evidence at trial

without a witness testifying about their authenticity.  See Fed. R. Evid. 902(1) and 902(2).  These

rules provide that:

> Extrinsic evidence of authenticity as a condition precedent to admissibility
> is not required with respect to the following:
>
> **(1) Domestic public documents under seal.**  A document bearing a seal
> purporting to be that of the United States, or of any State, district,
> Commonwealth, territory, or insular possession thereof, or the Panama Canal
> Zone, or the Trust Territory of the Pacific Islands, or of a political
> subdivision, department, officer, or agency thereof, and a signature
> purporting to be an attestation or execution.
>
> **(2) Domestic public documents not under seal.**  A document purporting to
> bear the signature in the official capacity of an officer or employee of any
> entity included in paragraph (1) hereof, having no seal, if a public officer
> having a seal and having official duties in the district or political subdivision

of the officer or employee certifies under seal that the signer has the official capacity and that the signature is genuine.

Pursuant to Rules 902(1) and 902(2), the government hereby gives written notice of its intention to introduce evidence consisting of public records from the following entities:[1]

- District of Columbia Department of Motor Vehicles
- Commonwealth of Virginia Department of Motor Vehicles
- U.S. Social Security Administration[2]

By seeking to admit evidence pursuant to Rule 902(1) and 902(2), the government anticipates that its witness list will be reduced.[3]

Finally, Fed. R. Evid. 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the court, and that in making such determinations courts are "not bound by the rules of evidence" (except those with respect to privileges).

---

[1] These materials are separately being made available to the defense in discovery.

[2] The government reserves its right to amend this list if additional records are obtained before trial. Copies of the documents and notice will be given to the defense.

[3] The government reserves the right to call representatives from some of these entities, if necessary to explain the contents of the records.

2

## B. **Conclusion**

The government hereby respectfully submits this motion to admit self-authenticating public records pursuant to Rule 902(1) and 902(2).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


By:      /s/
Jonathan Haray, D.C. Bar. No. 480140
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, NW
Washington, DC 20530
(202) 353-2877
jonathan.haray@usdoj.gov

Thomas E. Zeno, D.C. Bar No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, NW
Washington, DC 20530
(202) 514-6957
thomas.zeno@usdoj.gov