IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA,  :  Criminal No. 08-053 (HHK) -02-
                          :
v.                        :
                          :
DONNA JEAN ISHMELL,       :
                          :
        Defendant         :

Statement of the Offense

Pursuant to Fed. R. Crim. P. 11, Donna Jean Ishmell agrees and stipulates as follows:

At all relevant times, the Progressive Casualty Insurance Company ("Progressive") was an insurance company that provided medical benefits on behalf of policy holders for losses resulting from automobile collisions. Accordingly, Progressive was a "health care benefit program" as defined in Title 18, United States Code Section 24(b), because it constituted a public plan or contract, affecting commerce under which medical benefits, items, and services were provided to individuals.

On March 14, 2005, defendant Donna Jean Ishmell, using the name and date of birth of her daughter, Dana Greene, rented a 2005 Buick LaSabre from Enterprise Rent-A-Car in Arlington, Virginia. She presented to the rental agent a fraudulently obtained Virginia driver's license bearing her photograph and Dana Greene's name, date of birth, and social security number. The defendant designated Derrick Ishmell as an authorized driver for the vehicle. On March 20, 2005, Ms. Ishmell's co-defendant, William Steve Ishmell, was involved in a motor vehicle collision in the District of Columbia while driving the vehicle rented on March 14, 2005. He falsely represented

himself as Derrick Ishmell to others at the scene of the collision. The collision involved Mr. Ishmell and a motorist insured by Progressive. The collision was reported to Progressive that day.

Beginning in March, 2005, Defendant Donna Jean Ishmell and Mr. Ishmell planned and jointly participated in submitting a false claim to Progressive in the name Derrick Ishmell, for alleged injuries, damages, and lost wages associated with the motor vehicle collision on March 20, 2005. On March 21, 2005, defendant Donna Jean Ishmell, falsely using the name Dana Greene, reported the collision to Enterprise Rent-A-Car. By their actions, the defendants caused several interstate wire communications to be made in connection with the claim to Progressive, including an April 5, 2005, telephone call between a Progressive claims adjustor in Virginia and the Metropolitan Police Department in the District of Columbia.

In support the false insurance claim, the defendants jointly prepared a letter that was submitted to Progressive bearing letterhead in the name of Eureka Van & Storage Co., Inc. This letter falsely stated that Derrick Ishmell was employed by the company in March and April, 2005, working an average of 40 hours per week and 10 hours of overtime per week, and earning $17.50 per hour. Defendant Donna Jean Ishmell signed the letter using the name of Dana Greene, falsely representing that Dana Greene was a representative of Eureka Van & Storage Co., Inc. The letter falsely stated that Derrick Ishmell had incurred $3,850 in lost wages due to the accident of March 20, 2005. Neither Donna Jean Ishmell, Dana Greene, William Steve Ishmell, nor Derrick Ishmell were employed by Eureka Van & Storage Co., Inc. during the period claimed in the letter.

In June, 2005, Progressive paid $6,000 to co-defendant William Steve Ishmell, believing him to be Derrick Ishmell, in settlement of his insurance claim arising from the March 20, 2005, motor vehicle collision. Progressive's settlement payment was intended to compensate fully Mr. Ishmell

for the claimed lost wages. Progressive would not have paid that amount to Mr. Ishmell but for the false lost wages letter prepared by the defendants. Both defendants used the money obtained from Progressive for their benefit and enjoyment.

Date: 6/02/08

_____
Donna Jean Ishmell
Defendant

Date: 6/02/08

_____
John Briley
Attorney for Defendant Donna Jean Ishmell