UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No. 08-0053-02 (HHK) |
| | : |
| DONNA JEAN ISHMELL | : |

## MOTION FOR CONTINUANCE

The defendant, **DONNA JEAN ISHMELL**, through undersigned counsel, hereby requests this Honorable Court, to continue the sentencing hearing in the above matter from September 5, 2008 to a date that is convenient to the parties and the Court, for the following reasons:

As noted in the Presentence Investigative Report (pp. 20-21), there are significant disputed issues, concerning the possible impact of alleged relevant criminal conduct. The defendant believes that the court will be required to conduct an evidentiary hearing in order to resolve these matters.

Assistant United States Attorney Jonathan Haray Has advised counsel that the government does not oppose the defendant's request.

Respectfully submitted,

John A. Briley, Jr.
DC Bar No. 65763
6205 30th Street, NW
Washington, DC 20015
(202) 364-7012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
          v.                : Crim. No. 08-0053-02 (HHK)
                            :
DONNA JEAN ISHMELL          :

## ORDER

Upon consideration of the written request of appointed counsel for the defendant to postpone the sentencing hearing, and the lack of opposition by the United States, it is hereby this _____ day of September, 2008

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the that the parties appear at 11:00 o'clock (AM), on September 5, 2008 to select another date that is convenient to the parties and the Court for further proceedings in this matter.

_____
Henry H. Kennedy
United States District Judge

Copies to:

Jonathan Haray, Esq.
Assistant United States Attorney

John A. Briley, Jr.
6205 30th Street, N.W.
Washington, DC 20015