UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Cr. No. 08-053 (HHK) |
| : | |
| : | Violation: |
| : | 18 U.S.C. § 1343 (Wire Fraud) |
| v. : | |
| : | |
| **DONNA JEAN ISHMELL,** : | |
| : | |
| **Defendant** : | |

**NOTICE OF RE-FILING OF EXHIBITS TO
GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files redacted copies of the following exhibits to the Government's Memorandum in Aid of Sentencing: (1) the statement of Special Agent Robert Werner; and (2) portions of the D.C. Superior Court file in case 2001CDC2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:     /s/_____
Jonathan W. Haray, D.C. Bar No. 480140
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20530
(202) 353-2877
*jonathan.haray@usdoj.gov*

United States of America v. Donna Jean Ishmell

Statement of Special Agent Robert L. Werner

I, Robert L. Werner, state the following:

I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since June 1997. I am assigned to a white collar crime squad at the Northern Virginia Resident Agency of the Washington Field Office, located in Manassas, Virginia, and have been so assigned since October 1997. I am the case agent assigned to investigate the matter of United States v. Donna Jean Ishmell, Criminal Number: 08-053 (HHK)-02. I have training and experience investigating identity theft and insurance fraud related crimes and conspiracies of the type addressed by this investigation.

The purpose of this statement is to set forth facts uncovered during the investigation which may serve to establish the amount of loss and relevant conduct in this case. The information contained in this statement is not intended to represent a complete recitation of all evidence available to the government.

I have personal knowledge of the facts set forth below. My knowledge of these facts is based upon analysis of data collected during my investigation, which includes physical surveillance, review of records provided by insurance companies and the Virginia Department of Motor Vehicles (VADMV), and statements made during interviews with subjects of this investigation.

My knowledge is also based upon discussions with other law enforcement personnel and Special Investigators with victim insurance companies. Based upon my personal knowledge, I hereby state the following:

BACKGROUND

FBI investigation has determined that for at least ten years, beginning in 1997, DONNA ISHMELL fraudulently used the identity of her daughter, Dana Greene, to apply for and receive drivers licenses in Virginia. ISHMELL used these fraudulently obtained drivers licenses as means of identification to purchase, title, and register vehicles in Virginia, then to purchase auto insurance policies for herself and these vehicles. Even though ISHMELL resided in ▓▓▓▓▓▓ ▓▓▓▓, she registered the vehicles at addresses in Virginia where she did not reside. Once her fraudulently obtained insurance policies were in place, ISHMELL filed insurance claims against these policies as well as other drivers' auto insurance policies. She produced false identification information to other drivers and to police officers who responded to the scene of her auto accidents. She provided fraudulent identification information to various insurance companies, private attorneys, and medical providers in connection with insurance claims for bodily injury and property damage. ISHMELL also used the identity of her daughter to be appointed as a representative payee for Social Security benefits for herself and her son, Steven Ishmell.

To settle auto insurance claims for property damage and bodily injury, DONNA ISHMELL produced false or stolen identification information, as well as fabricated and fraudulent letters from employers to convince the victim insurance companies that she (posing as Dana Greene) was employed, injured in an auto accident, and that because of her injuries each was unable to work and earn wages.

In 2007, ISHMELL, using her true identity, conspired with her husband, William Ishmell, who used a false identity of Anthony Ishmell to register a 1989 Toyota in the District of Columbia. DONNA ISHMELL and her husband then purchased a joint, GEICO auto insurance policy for the vehicle. Between June and October 2007, ISHMELL and her husband filed at least four separate insurance claims with GEICO for property damage to the 1989 Toyota, and collected $1,313.12 in settlement proceeds.

Based on my review of private auto insurance company records, I determined that between 1994 and the present, DONNA ISHMELL and members of her immediate family were involved in at least seventy (70) separate auto related incidents and filed insurance claims for reasons including auto theft, bodily injury, and property damage. ISHMELL, in at least sixteen of the seventy incidents, fraudulently assumed the identity of her daughter, Dana Greene. Based on my knowledge and over ten years of experience investigating private automobile insurance fraud, this pattern and type of claim history (a history which includes use of false or stolen identities, fraudulent information provided the insurance companies, and use of the same vehicles multiple times) is proof of the existence of an organized insurance fraud conspiracy. Following are examples of evidence upon which I based my conclusions about the existence of this conspiracy:

- Between February 23, 2005 and August 26, 2006, a white Chevy Caprice, registered to Steven Ishmell and Dana Greene (DONNA ISHMELL) at a false Virginia street address, was involved in six separate incidents, each involving either vandalism or hit and run damage to the vehicle. These six claims, filed with GEICO, Allstate, and Progressive, include three claims in quick succession involving incidents reportedly occurring on July 19, August 5, and August 26, 2005.

- Between May 21, 2001 and October 1, 2002, a maroon Lincoln Towncar fraudulently financed and registered by DONNA ISHMELL under her alias of Dana Greene, and William Ishmell, under his alias of Derrick Ishmell, was involved in four separate incidents, including two reported thefts, one hit and run, and one motor vehicle accident.

- Between October 24, 1997 and November 30, 2006, DONNA ISHMELL's son, Steven Ishmell, was involved in at least twenty-four separate motor vehicle related incidents and as a result filed at least twenty-seven separate auto insurance claims for property damage and bodily injury. As a result of these claims, Steven Ishmell received settlements of $15,278 for bodily injury and $8,682.94 for property damage.

- Between May 5, 2004 and November 7, 2007, DONNA ISHMELL's daughter, Kimberly

- Ishmell, was involved in at least seven separate motor vehicle related incidents and as a result filed at least eight separate auto insurance claims for property damage and bodily injury. As a result of these claims, Kimberly Ishmell received settlements of $13,333 for bodily injury and $4,051.52 for property damage.

- Between January 3, 2004 and December 5, 2007, DONNA ISHMELL's daughter, Kelata Ishmell, was involved in at least eight separate motor vehicle related incidents and as a result filed at least nine separate auto insurance claims for property damage and bodily injury. As a result of these claims, Kelata Ishmell received settlements of $25,012 for bodily injury and $1,242.42 for property damage.

- Between October 24, 1997 and December 5, 2007, DONNA ISHMELL's daughter, Keanna Ishmell, was involved in at least six separate motor vehicle related incidents and as a result filed at least six separate auto insurance claims for property damage and bodily injury. As a result of these claims, Keanna Ishmell received settlements of $4,350 for bodily injury and $8,743.05 for property damage.

I reviewed records provided by the Social Security Administration - OIG (SSA-OIG), related to benefits paid on behalf of DONNA ISHMELL's son, Steven Ishmell. These records indicate that DONNA ISHMELL, assuming the identity of her daughter, Dana Greene, applied for appointment as representative payee for Social Security disability benefits payable to Steven Ishmell. I know that DONNA ISHMELL presented herself as Dana Greene because Social Security records contain a photograph of a Virginia driver's license for Dana L. M. Greene bearing a photograph of an individual I recognize as DONNA ISHMELL. I also recognize DONNA ISHMELL's handwriting on documents bearing the signature of Dana Greene. Social Security records contain what I believe to be false information about Steven Ishmell's disability, such as his inability to work and drive. I know through my investigation that Steven Ishmell worked, and is or was at various times a licensed driver in the District of Columbia, Virginia, and Maryland. He has purchased several automobile insurance policies and filed claims against these policies. Special Agent Eric Ryan, SSA-OIG, advised me that because of misrepresentations in the file for Steven Ishmell, the Social Security Administration issued overpayments to Dana Greene totaling $15,097.

Insurance companies paid a total of $187,614.47 to settle the seventy claims filed by ISHMELL and her immediate family. For matters in which ISHMELL was involved while using the Dana Greene identity, victim insurers paid $35,001.61 to settle the claims, and denied an additional $81,785.61 in attempted claim settlements (the total amount attempted was $116,787.22, of which victim insurance companies paid out $35,004.61). Based in part on false representations made by ISHMELL in concert with her son, Steven Ishmell, the Social Security Administration paid $15,097 to ISHMELL, believing her to be Steven Ishmell's representative payee, Dana Greene. I therefore believe that the total amount of fraud, actual and intended, attributable to DONNA ISHMELL under her false name of Dana Greene is $131,884.22.

I believe that in each instance detailed in the Relevant Conduct section, below, the individual representing herself as Dana Greene is in fact DONNA ISHMELL. This conclusion is based in part on the following:

- ISHMELL's photograph appears in six of the seven photographs in VADMV records for Dana Greene;

- ISHMELL identified as herself the person shown in an FBI surveillance photograph of an individual posing as Dana Greene;

- ISHMELL's husband, William Ishmell, told me that DONNA ISHMELL posed as Dana Greene to obtain automobile insurance policies, and that she typed a phony employment letter which was later presented to an auto insurance company in support of one of William Ishmell's personal injury claims;

- Insurance claim files and policy information related to Dana Greene contain VADMV information from records I know to be associated (via my recognition of ISHMELL in the VADMV photographs) with DONNA ISHMELL, and

- I recognize DONNA ISHMELL's handwriting on VADMV application and insurance settlement checks made payable to Dana Greene.

Evidence seized during a December 5, 2007 search of ISHMELL's Washington, DC residence also supports the facts of this case. Among the items located and seized include, but are not limited to the following:

- A Virginia driver's license for Dana L. M. Greene, issued 12/30/2004, bearing the photograph of an individual I recognize as DONNA ISHMELL.

- A Virginia driver's license for Dana L. M. Greene, issued 01/09/2007, bearing the photograph of an individual I recognize as DONNA ISHMELL.

- A phony letter from Eureka Van & Storage, signed by Dana Greene, stating that Derrick Ismell (sic) was injured in a March 20, 2005 accident (and the same letter in various stages of alteration / production).

- A District of Columbia registration certificate and GEICO insurance cards for a 1989 Toyota registered to Anthony Ishmell and DONNA ISHMELL. Anthony Ishmell is an admitted alias used by DONNA ISHMELL's husband, William Ishmell.

- A book containing fabricated towing and repair receipts from:

  Olympic Towing & Repairs

1738 Hampter Street
Emporia, Virginia 23847
434-390-0788

Henry's Towing
401 Ritchie Road


A1 Towing
420 Rhode Island Avenue
202-636-8161 or 62
and 1630 Douglas Rd
Washington DC
telephone ████8163*

Henry's Wrecker Service
1001 Ritchie Road
Capital Heights, MD

Micheal Grahms Auto
1630 Florida Ave NW, Washington, DC

Mac Tire Service
423 Florida Ave NE
202-543-5835

ANA Towing
1201 Cushing Pl
Hyattsville, MD 30192

J&B Towing
102 M Street SE
Washington DC 20032
202-288-9515

Brandy's Towing
275 Gateway Blvd
Rocky Mount, NC

This book contains repair order information for vehicles reportedly owned by Anthony Ishmell; Dana Greene; Micheal Graham; Steven Ishmell; Kelata Ishmell; William Ishmell.

- A Verizon phone bill for Dana Greene, telephone number: ███8163* (one of the numbers shown for A1 Towing, above)

- Blank forms from Howard University Hospital, Department of Surgery; Verification of Office Visit, certifying that (blank) was seen in my office on (blank) to verify that patient can return to work/school on (blank). These forms were contained in an Howard University Hospital (HUH) official business envelope addressed to "Mom". (subsequent FBI investigation determined that DONNA ISHMELL's daughter, Kelata Ishmell, worked at HUH and removed the blank forms. Kelata Ishmell admitted to me that she provided the blank forms to her mother, DONNA ISHMELL)

- June 2007 Disability Certificates from Howard University Physicians Department of Surgery for William Ishmell, employer: Eureka, discussing June treatment and restrictions for Ishmell

- Howard University Physicians Department of Surgery Disability Certificate for Anthony Ishmell stating that he was under physician's care from November 6, 2007 to November 13, 2007.

- A handwritten note from Mr. and Ms. Michael Graham, phone: ███9377, dated November 30, 2005, stating that Dana Greene works for them as a baby sitter making $425 every two weeks

    Michael Graham is a known alias of William Ishmell.

    Telephone number ███9377 is a Nextel phone number assigned to an individual residing at ███████████████ the home address which DONNA ISHMELL used to fraudulently obtain her most recent Virginia driver's license in the name of Dana Greene. This is the same number provided as a contact number for Eureka Van & Storage Company on a phony employment verification letter provided to a victim insurer.

RELEVANT CONDUCT

On or about June 30, 1997, DONNA ISHMELL assumed the identity of her daughter, Dana Greene, to obtain a Virginia driver's license or identity card. I reviewed information and photographs provided by the Virginia Department of Motor Vehicles (VADMV). I recognize the individual photographed in VADMV records for this application as DONNA ISHMELL.

On or about July 6, 2000, at Arlington, Virginia, DONNA ISHMELL used the name and Social Security number of her daughter, Dana Greene, along with a false date of birth of ███████, ███ and a fictitious Virginia street address of ████████████████████, ███ to apply for a Virginia driver's license. I reviewed information and photographs

provided by the Virginia Department of Motor Vehicles (VADMV). I recognize the individual photographed in VADMV records for this application as DONNA ISHMELL.

On or about September 22, 2000, DONNA ISHMELL assumed the identity of her daughter, Dana Greene, and filed a claim with Amalgamated Casualty Insurance Company for injuries she reportedly received in an auto accident with her husband, William Ishmell, who was using the false name of Derrick Ishmell. Both DONNA ISHMELL and her husband provided fraudulently procured identification to the police officer who responded to the scene of the accident. Both falsely claimed to reside at ███████████████████████████████████. DONNA ISHMELL attempted to settle her claim for $18,000, and eventually settled for $3,200. WILLIAM ISHMELL attempted to settle his claim for $12,000, and eventually settled for $2,300. Amalgamated Casualty Insurance Company paid $2,514.39 for property damage to ISHMELL's vehicle.

On or about April 26, 2001, DONNA ISHMELL and her husband William Ishmell, using the false identities of Dana Greene and Derrick Ishmell respectively, filed a claim with GEICO for damages to a 1997 Ford fraudulently registered in the State of Virginia. GEICO settled this claim for $979.84.

DONNA ISHMELL, using the identity of her daughter, Dana Greene, and William Ishmell using the identity of Derrick Ishmell, entered into a financial contract with Ford Credit to lease a 2001 Lincoln Town Car (the 2001 Town Car). ISHMELL fraudulently registered the vehicle at a Virginia business address associated with Sunrise Senior Living, Arlington, Virginia.

DONNA ISHMELL using the identity of her daughter, Dana Greene, purchased an Allstate Insurance policy for the 2001 Town Car.

On or about December 12, 2001, DONNA ISHMELL using the identity of her daughter, Dana Greene, to file a claim with Allstate Insurance for damages to the 2001 Town Car. Allstate paid $671.03 for damages to the vehicle.

On or about February 1, 2002, at Alexandria, Virginia, DONNA ISHMELL used the name and Social Security number of her daughter, Dana Greene, along with a false date of birth of ████████████████ and a fictitious Virginia street address of ████████████████, ████████████████, to apply for a reissued Virginia driver's license.

On or about February 13, 2002, at Shirlington, Virginia, DONNA ISHMELL used the name and Social Security number of her daughter, Dana Greene, along with a false date of birth of ████████████████ and a fictitious Virginia street address of ████████████████ ████████████████ to apply for a reissued Virginia driver's license.

DONNA ISHMELL using the identity of her daughter, Dana Greene, applied for and purchased a Nationwide Insurance policy for the 2001 Town Car.

On or about May 9, 2002, DONNA ISHMELL used the identity of her daughter, Dana Greene, and a fraudulent home address of ███████████████████████████ filed a claim with Nationwide Insurance for the theft of the 2001 Town Car. Nationwide Insurance paid $657.29 for ISHMELL to obtain a rental car.

On or about October 1, 2002, DONNA ISHMELL using the identity of her daughter, Dana Greene, and William Ishmell, using the name of his brother, Anthony Ishmell, filed a claim with State Farm for damages to the 2001 Town Car. Allstate paid $3,560.53 for damages to the 2001 Town Car.

On or about December 30, 2004, at Tyson's Corner, Virginia DONNA ISHMELL, using the name, date of birth, and Social Security Number of her daughter, Dana Greene, along with a fraudulent home address of ███████████████████████████ applied for a reissued Virginia driver's license in the name of Dana Greene. I reviewed information and photographs provided by the VADMV. I recognize the individual photographed in VADMV records for this application as DONNA ISHMELL.

On or about March 14, 2005, at Arlington, Virginia, DONNA ISHMELL used the identity of her daughter, Dana Greene, and produced her fraudulently obtained Virginia driver's license to Enterprise Rent-A-Car in order to rent a 2005 Buick LeSabre. At the time of the rental, DONNA ISHMELL designated Derrick Ishmell, who she knew to be her husband, William Ishmell, an authorized driver for the rental vehicle.

On or about March 20, 2005, William Ishmell, using the false name of Derrick Ishmell, along with a false date of birth and the Social Security Number belonging to the true Derrick Ishmell, claimed to be injured as the result of an auto accident with a Progressive Insurance policyholder which occurred in Washington, DC. This accident reportedly occurred while Ishmell was driving the Buick LeSabre rented by DONNA ISHMELL on March 14, 2005.

On or about March 21, 2005, DONNA ISHMELL, using the identity of her daughter, Dana Greene, signed an Enterprise Rent-A-Car Vehicle Accident Report describing the locations and circumstances of the March 20, 2005 auto accident in Washington, DC.

In or about May 2005, DONNA ISHMELL created a phony letter from Eureka Van & Storage (Eureka), this letter falsely stating that Derrick Ishmell was an employee of Eureka, was injured in the March 20, 2005 accident, and because of his injuries lost a total of $3,850 in wages. DONNA ISHMELL signed this letter using her alias of Dana Greene.

On or about May 7, 2005, WILLIAM ISHMELL's attorney mailed, from Arlington, Virginia to Leesburg, Virginia, a letter advising Progressive Insurance that because of the March 20, 2005 accident, his client, Derrick Ishmell, incurred medical expenses, suffered $3,850 in lost wages, and will settle his case for $42,000.

On or about June 10, 2005, to settle the bodily injury claim filed by William Ishmell, Progressive Insurance issued a $6,000 claim check payable to Derrick A. Ishmell and his attorney, and mailed the check to William Ishmell's attorney in Arlington, Virginia.

On or about June 21, 2005, DONNA ISHMELL, using the identity of her daughter, Dana Greene, and a false home address of ███████████████████, filed a claim with GEICO for the theft of her 1995 Cadillac, which she had earlier fraudulently registered and insured in Virginia. GEICO paid $3,194.06 for rental costs and property damage to the vehicle. ISHMELL instructed GEICO to mail the check to her "sister's" house at ███████████████████ which was at the time ISHMELL's true place of residence.

On or about June 24, 2005, DONNA ISHMELL, using the identity of her daughter, Dana Greene, and a false home address of ███████████████████ filed a claim with GEICO for theft of her 1995 Cadillac which ISHMELL had earlier fraudulently registered in Virginia. The vehicle was recovered with property damage and GEICO paid $304.88 to settle the claim.

On or about July 8, 2005, at Washington, DC, William Ishmell, using the false name of Derrick Ishmell along with a date of birth and the Social Security Number belonging to the true Derrick Ishmell; and DONNA ISHMELL, using the identity of her daughter, Dana Greene, claimed that they were injured as a result of an auto accident with a driver insured by United Services Automobile Association (USAA).

On or about July 8, 2005, at Washington, DC, William Ishmell produced, to a police officer responding to the scene of the auto accident, his fraudulently obtained Virginia driver's license in the name of Derrick Ishmell. DONNA ISHMELL fraudulently identified herself to the responding police officer as Dana Greene, from ███████████████.

In or about July 2005, DONNA ISHMELL created a phony letter from Eureka Van & Storage (Eureka), this letter falsely stating that Derrick Ishmell, Sr. was an employee of Eureka, was injured in the July 8, 2005 accident, and because of his injuries lost a total of $735 in wages.

In or about July 2005, DONNA ISHMELL created a phony letter from Allied Security, this letter falsely stating that Dana Greene was an employee of Allied Security, was injured in the July 8, 2005 accident, and because of her injuries lost a total of $650 in wages.

On or about September 1, 2005, DONNA ISHMELL's attorney mailed, from Arlington, Virginia to San Antonio, Texas, a letter to USAA advising that because of the July 8, 2005 accident, his client, Dana Greene, incurred medical expenses, suffered $650 in lost wages, and will settle her

case for $25,000.

On or about August 23, 2005, William Ishmell's attorney mailed, from Arlington, Virginia to San Antonio, Texas, a letter to USAA advising that because of the July 8, 2005 accident, his client, Derrick Ishmell, Sr., incurred medical expenses, suffered $735 in lost wages, and will settle his case for $8,500.

On or about October 3, 2005, to settle the bodily injury claim filed by William Ishmell, USAA issued a $3,700 claim check payable to Derrick Ishmell, Sr. and his attorney, and mailed the check to William Ishmell's attorney in Arlington, Virginia.

On or about October 21, 2005, to settle the bodily injury claim filed by DONNA ISHMELL under her daughter's identity, USAA issued a $6,000 claim check payable to Dana Greene and her attorney, and mailed the check along with a Release of Claims form to ISHMELL's attorney in Arlington, Virginia.

On or about January 1, 2005, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ▮▮▮ added a 1989 Chevy Caprice (the 1989 Chevy) to an Allstate Insurance policy.

On or about February 23, 2005, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ▮▮▮ filed a claim with Allstate Insurance for hit and run damages to the 1989 Chevy. Allstate paid $405.70 to settle this claim.

On or about April 3, 2005, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ▮▮▮ purchased a GEICO insurance policy for the 1989 Chevy.

On or about April 19, 2005, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ▮▮▮ filed a claim with GEICO for hit and run damage to the 1989 Chevy. GEICO paid $578.89 for damages to the vehicle.

On or about July 19, 2005, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ▮▮▮ filed a claim with GEICO for hit and run damage to the 1989 Chevy. GEICO paid $935.00 for damages to the vehicle.

On or about December 1, 2005, DONNA ISHMELL, using the identity of her daughter, Dana Greene, filed a claim with Progressive Insurance claiming she suffered soft tissue injuries in an auto accident while a passenger along with Santina Allen in a rental car driven by Steven Ishmell. Progressive Insurance denied this claim, in part, because an eyewitness stated that there was only one female in the car at the time of the accident. ISHMELL also filed a claim with Cambridge Transportation Group, who denied the claim because ISHMELL refused to provide medical

documentation of her injuries.

On or about January 23, 2006, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ███████████████████████ applied for and purchased a Nationwide Insurance policy for a 1996 Pontiac Grand Am (the 1996 Pontiac).

On or about March 4, 2006, DONNA ISHMELL using the identity of her daughter, Dana Greene, and a false home address of ███████████████████████, filed a claim with Nationwide Insurance (Nationwide) for the theft of the 1996 Pontiac.

On April 27, 2006, U.S. Postal Inspector Kevin Tower and myself conducted surveillance outside the Nationwide's Manassas, Virginia office. Inspector Towers and I observed and photographed a black female I now recognize as DONNA ISHMELL, arriving for an examination under oath to be administered by Nationwide. This meeting was scheduled by Nationwide in relation to the March 4, 2006 theft claim, and Nationwide believed that the person submitting to the examination was Dana Greene. In fact, DONNA ISHMELL arrived and provided Nationwide with a false name, address, and identification documents to support her theft claim. Nationwide denied this claim when ISHMELL failed to verify that she actually resided in ███████████.

On or about January 9, 2007, at Alexandria, Virginia, DONNA ISHMELL, using the name, date of birth, and Social Security Number of her daughter, Dana Greene, along with a fraudulent home address of ███████████████████████ applied for and received a reissue of Virginia driver's license number ███████ in the name of Dana Greene. I reviewed information and photographs provided by the VADMV. I recognize the individual photographed in VADMV records for this application as DONNA ISHMELL.

On December 5, 2007, the FBI searched DONNA ISHMELL's residence at ███████████ ███████████. Among the items seized during the search were two Virginia driver's licenses, both containing the customer number: ███████ issued on December 30, 2004 and January 9, 2007, each bearing the name of Dana Greene and the photograph of an individual I recognize as DONNA ISHMELL.

On or about December 27, 2007, at Alexandria, Virginia, DONNA ISHMELL, using the name, date of birth, and Social Security Number of her daughter, Dana Greene, along with a fraudulent home address of ███████████████████████ certified that she had lost her current license and applied for and received a re-issue of Virginia driver's license number ███████. I reviewed information and photographs provided by the VADMV. I recognize the individual photographed in VADMV records for this application as DONNA ISHMELL.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

---

**THE CORPORATION COUNSEL FOR THE DISTRICT OF COLUMBIA INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:**

NAME:            DONNA J. ISHMELL
Date of Birth:
Sex:             Female
SSN:
Address:



COUNT A    **FRAUD IN OBTAINING PUBLIC ASSISTANCE**
           (Failure to Disclose)

   On or about December 12, 1998, in the District of Columbia, Washington, D.C., Donna J. Ishmell failed to disclose in a timely manner, to the District of Columbia Department of Human Services, that her daughter, Dana L. Greene was employed by the Jefferson by Marriott. As a result of such failure to disclose, Donna J. Ishmell received a grant of public assistance in the form of Temporary Assistance for Needy Families, (TANF), Food Stamps and Medicaid benefits to which she was not entitled, in violation of D.C. Code Title 3, Section 3-218. 1 (a), (1998 Supp.), where a penalty is provided therein.

COUNT B    **FRAUD IN OBTAINING PUBLIC ASSISTANCE**
           (False Statement)

   On or about April 29, 1999, in the District of Columbia, Washington, D.C., Donna J. Ismell concealed the fact that while in receipt of public assistance her daughter, Dana L. Greene, was employed by and receiving income from the Jefferson by Marriott. As a result of such concealment, Donna J. Ishmell received a grant of public assistance in the form of Temporary Assistance for Needy Families, (TANF), Food Stamps and Medicaid benefits to which she was not entitled, in violation of D.C. Code Title 3, Section 3-218. 1 (a), (1998 Supp.), where a penalty is provided therein.

DATE  June 29, 2001                    _____
                                        NICHOLAS A. MAJETT
                                        Assistant Corporation Counsel
                                        District of Columbia

REPORTED BY :    Investigator Alice Barnes

DISTRICT OF COLUMBIA vs. _Donna J. Ishmell_

Personally appeared _Alici Warren Barnes_ this _7th_ day of _November_ 20_00_ and made oath before me that the facts set forth in the statement below are true, and those statements made upon information received she/he believes to be true.

A referral was received in the Office of Investigations and Compliance from the Income Maintenance Administration, alleging that Donna J. Ishmell ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, SSN ▓▓▓▓▓▓ failed to report her daughter's employment to the Department of Human Services (DHS) while she was receiving temporary assistance.

The undersigned conducted an investigation based upon the above allegation(s).

The Jefferson by Marriott was contacted and information was obtained that Dana L. Greene ▓▓▓▓▓▓▓▓▓ is employed there from December 1, 1998 to August 15, 2000. Dana L. Greene received a salary while employed at The Jefferson by Marriott and earned approximately $17,946.88.

The undersigned examined the records of the D.C. Department of Human Services which indicated that Donna J. Ishmell SSN ▓▓▓▓▓▓ received Food Stamps (FS) during the period of December 10, 1998 through December 31, 2000 of approximately $657.00 per month. The examination of DHS records further reflected that the EBT cards issued during the period in-question was not reported lost or stolen. A further review of DHS records revealed that Donna J. Ishmell SSN ▓▓▓▓▓▓ did not receive Medicaid benefits for the period in-question.

The original DHS case record for Donna J. Ishmell, SSN ▓▓▓▓▓▓, which was examined by the undersigned did contain a TANF Recertification dated April 30, 1999, wherein Donna J. Ishmell SSN: ▓▓▓▓▓▓ denied that anyone in her household was receiving income.

The investigation reveal that Donna J. Ishmell SSN ▓▓▓▓▓▓ failed to notify the agency that her daughter Dana Greene was gainfully employed at The Jefferson by Marriott from December 10, 1998 to August 18, 2000 and during that same period she food stamp benefits that she was not entitled to.

_Alici Warren Barnes_
INVESTIGATOR DHS/OIC

_[signature]_
ASSISTANT CORPORATION COUNSEL
District of Columbia

*Oath administered pursuant to
D.C Code Section 1-363 (1981 ed)

CERTIFICATE OF AMOUNT OWING IN

D.C. V           DONNA ISHMELL

The amounts below herein are a true and accurate statement of the dollar amounts by category of public assistance owing by the defendant DONNA ISHMELL to the District of Columbia for the alleged fraud period December 1, 1998 through December 31, 1999, inclusive of any recoupment and cash payments:

|  | AFDC | FS | MED | TOTAL |
|---|---|---|---|---|
| Fraud Amount : | $8,151 | $6,392 | $-0- | $14,543 |
| Minus Cash Payments: | -0- | -0- | -0- | -0- |
| Minus Recoupment : | -0- | -0- | -0- | -0- |
| Balance Owing as of 03/28/01 | $8,151 | $6,392 | $-0- | $14,543 |